■ In the Matter of STEVEN S. EZON (Admitted as STEVEN SAMUEL EZON), a Disbarred Attorney. [633 NYS2d 941] —Petition

granted only insofar as to refer the application for reinstatement to the Departmental Disciplinary Committee for a hearing as indicated in the order of this Court. No opinion. Concur—Murphy, P. J., Ellerin, Wallach, Kupferman and Mazzarelli, JJ.